# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**REGINALD WILLIAMS (#364941)**     **CIVIL ACTION**

**VERSUS**

**JOHN DOE NETTLES, ET AL.**     **NO. 22-00558-BAJ-EWD**

## RULING AND ORDER

Plaintiff, an inmate previously confined at the Louisiana State Penitentiary (LSP), alleges that his constitutional rights were violated when LSP officials conspired to file a false disciplinary report against him, resulting in his transfer to a different cellblock where he was stabbed by another inmate. (Doc. 1). Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 5, the "R&R")**, recommending that Plaintiff's federal constitutional claims be dismissed, with prejudice, for failure to state a claim upon which relief may be granted, and further recommending that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. (*Id.*). Plaintiff's objects to the R&R. (Doc. 7).

Upon *de novo* review, and having carefully considered Plaintiff's Complaint and related filings, including Plaintiff's objections, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal constitutional claims be and are

hereby **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted.

    **IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

    Judgment shall issue separately.

    Baton Rouge, Louisiana, this 3rd day of May, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**